**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>ANGEL DAVID AGUALEMA HUASCO</u>
**Petitioner**

V.

CIVIL ACTION
NO. <u>26cv10432-WGY</u>

<u>ANTONE MONIZ ET AL</u>
**Respondents**

**ORDER OF DISMISSAL**

<u>**YOUNG D.J.**</u>,

    In accordance with the Court's Electronic Order of February 2, 2026, it is hereby ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

    By the Court,

    **/s/Matthew A. Paine**

    Deputy Clerk

February 2, 2026